# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 10, 2015

151479-81 & (51)(52)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SHELBY BAUMGARTNER, LORETTA COLE
and MARGARET SIBLE,
        Petitioners-Appellants,

v

PERRY PUBLIC SCHOOLS,
        Respondent-Appellee.

SC: 151479
COA: 313945
State Tenure Commission:
      12-001101-ED

_____/

SARA AUBERT, PHILIP DAVID, PAULA
JUSTIN, KELLEE BEILFUSS, LISA BEILFUSS
and KAREN KNAPP,
        Petitioners-Appellants,

v

REED CITY AREA SCHOOLS BOARD OF
EDUCATION,
        Respondent-Appellee.

SC: 151480
COA: 314158
State Tenure Commission:
      12-000016-ED

_____/

CARMEN ADAMO WRIGHT,
        Petitioner-Appellant,

v

BOARD OF EDUCATION OF THE FLINT
COMMUNITY SCHOOLS,
        Respondent-Appellee.

SC: 151481
COA: 314696
State Tenure Commission:
      12-000011-ED

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 12, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to stay the precedential effect of the published opinion of the Court of Appeals is DENIED.

BERNSTEIN, J., would grant leave to appeal.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 10, 2015

t0706

Clerk